UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Patsy Lou Chevrolet, Inc., a Michigan
corporation,

      Plaintiff,

v.                                                                                    Case No. 09-12479

Seneca Specialty Insurance Company,                     Honorable Sean F. Cox
*et al.*,

      Defendants.
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE FOR LACK OF SUBJECT MATTER JURISDICTION

"[F]ederal courts have an independent obligation to investigate and police the boundaries of their own jurisdiction." *Douglas v. E.F. Baldwin & Assocs., Inc.*, 150 F.3d 604, 607 (6th Cir. 1998). Having reviewed Plaintiff's complaint, the Court was not persuaded that Plaintiff has adequately alleged the necessary facts to establish the existence of subject matter jurisdiction. The Court therefore ordered Plaintiff to show cause, in writing, by July 20, 2009, why this action should not be dismissed for lack of jurisdiction.

The time for responding to the Order to Show Cause has passed and Plaintiff has not filed a written response.[1]

Accordingly, **IT IS ORDERED** this action is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

---

[1] The Court notes that Plaintiffs did submit a proposed stipulation and order of dismissal without prejudice for entry by the Court. That stipulation and order, however, was not agreed to by all Defendants.

**IT IS SO ORDERED.**

                                        S/Sean F. Cox
                                        Sean F. Cox
                                        United States District Judge

Dated: July 23, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 23, 2009, by electronic and/or ordinary mail.

                                        S/Jennifer Hernandez
                                        Case Manager